

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CLAYTON KALISEK AND CKORP, LLC, | § | No. 08-20-00031-CV |
| | § | |
| Appellants, | | Appeal from the |
| v. | § | |
| | | County Court at Law No. 1 |
| HAYS CITY CORPORATION | § | |
| D/B/A TEX-CON OIL CO., | | of Travis County, Texas |
| | § | |
| Appellee. | | (TC# C-l-CV-17-001286) |
| | § | |

# **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellants and their sureties, if any, *see* TEX. R. APP. P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 12TH DAY OF FEBRUARY, 2021.

MICHAEL MASSENGALE, Visiting Justice

Before Rodriguez, C.J., Alley, J., and Massengale, V.J.
Massengale, V.J., sitting by assignment